FILED

01/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0250

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0250

_____

TERRI GREENE,

      Plaintiff and Appellant,

v.

                                                O R D E R

GREGORY S. McDOWELL, MD,

      Defendants and Appellee.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Ashley Harada, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 18 2023